# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MILAN REAL ESTATE INVESTMENTS, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-0377 W (AGS)<br><br>**ORDER DISMISSiNG WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) [DOC. 16]** |

　　　Pending before the Court is Plaintiff's motion for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  Good cause appearing, the Court **GRANTS** Plaintiff's motion for voluntary dismissal with prejudice.  [Doc. 16.]

　　　**IT IS SO ORDERED.**

Dated:  May 21, 2020

_____
Hon. Thomas J. Whelan
United States District Judge